[No. 23328-2-II.     Division Two.     July 23, 1999.]

JAMES STAFFORD, *Appellant*, v. BYRON CARL BENJAMIN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 96-2-00030-1, Richard A. Strophy, J., entered April 27, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 39736-2-I.     Division One.     July 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT A. BLUMER, III, *Appellant*.

Appeal from.a judgment of the Superior Court for Snohomish County, No. 95-1-01355-9, Larry E. McKeeman, J., entered October 21, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, A.C.J., and Appelwick, J.

[No. 42102-6-I.     Division One.     July 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01777-1, Joseph A. Thibodeau, J., entered January 28, 1998. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, A.C.J., and Ellington, J.

[No. 42228-6-I.     Division One.     July 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK HILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07900-1, John M. Darrah, J., entered January 30, 1998. *Affirmed* by unpublished per curiam opinion.